LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
DARREN J. ROBBINS (168593)
RANDALL J. BARON (150796)
STEPHEN J. ODDO (174828)
SHAUN L. GROVE (222896)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ADEMI & O'REILLY, LLP
GURI ADEMI
SHPETIM ADEMI
3620 East Layton Avenue
Cudahy, WI 53110
Telephone: 414/482-8000
414/482-8001 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BURNETT, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN WEST FINANCIAL, et al.,<br><br>Defendants. | No. 3:06-cv-03492-MJJ<br><br><u>CLASS ACTION</u><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, plaintiff David Burnett filed a purported class action complaint on behalf of himself and all others similarly situated against Golden West Financial and its Board of Directors on May 9, 2006, in Alameda County Superior Court, styled *Burnett v. Golden West Financial, et al.*, Case No. RG 06-268861 (the "Action");

WHEREAS, on May 31, 2006, defendants removed the Action to the Northern District of California, styled *Burnett v. Golden West Financial, et al.*, Case No. 3:06-cv-03492-MJJ; and

WHEREAS, a class has not been certified in the Action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff David Burnett voluntarily dismisses the Action without prejudice.

DATED: June 20, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RANDALL J. BARON
STEPHEN J. ODDO
SHAUN L. GROVE

s/STEPHEN J. ODDO
STEPHEN J. ODDO

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ADEMI & O'REILLY, LLP
GURI ADEMI
SHPETIM ADEMI
3620 East Layton Avenue
Cudahy, WI 53110
Telephone: 414/482-8000
414/482-8001 (fax)

Attorneys for Plaintiff

S:\CasesSD\Golden West Financial\not00032064.doc

CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ STEPHEN J. ODDO
STEPHEN J. ODDO

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:SteveO@lerachlaw.com

# Mailing Information for a Case 3:06-cv-03492-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall J. Baron**
  randyb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Darren J. Robbins**
- **Jerome C. Roth**
  Jerome.Roth@mto.com Steve.Kolby@mto.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Guri Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, Wi 53110

**Shpetim Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110

**Robert L. Dell Angelo**
Munger Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560