1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | DAVID BURNETT, On Behalf of Himself and All Others Similarly Situated, ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:06-cv-03492-MJJ |
| 11 | | <u>CLASS ACTION</u> |
| 12 | Plaintiff, | [~~PROPOSED~~] ORDER RE: VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| 13 | vs. | |
| 14 | GOLDEN WEST FINANCIAL, et al., | |
| 15 | Defendants. | |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1), the claims of plaintiff David Burnett in the Action are dismissed without prejudice.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: 6/22/2006

_____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RANDALL J. BARON
STEPHEN J. ODDO
SHAUN L. GROVE

      s/STEPHEN J. ODDO
       STEPHEN J. ODDO

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ADEMI & O'REILLY, LLP
GURI ADEMI
SHPETIM ADEMI
3620 East Layton Avenue
Cudahy, WI 53110
Telephone: 414/482-8000
414/482-8001 (fax)

Attorneys for Plaintiff

S:\CasesSD\Golden West Financial\ord00032094.doc

[PROPOSED] ORDER RE NOTICE OF VOLUNTARY DISMISSAL - 3:06-cv-03492-MJJ   - 1 -